IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FAT Brands Inc., *et al.*, | ) ) | Case No. 26-90126 (ARP) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**DECLARATION OF LAURA J. GARR IN SUPPORT OF
THE AD HOC GROUP OF SECURITIZATION NOTEHOLDERS'
(I) EMERGENCY MOTION FOR AN ORDER APPOINTING
A CHAPTER 11 TRUSTEE AND (II) OMNIBUS OBJECTION TO THE
DEBTORS' CASH COLLATERAL MOTION AND CASH MANAGEMENT MOTION**

I, Laura, J. Garr, declare under penalty of perjury as follows:

1. I am a partner at the law firm of White & Case LLP ("**White & Case**"). White & Case is legal counsel for the Ad Hoc Group of Securitization Noteholders (the "**Ad Hoc Group**").

2. I submit this declaration in support of (i) *The Ad Hoc Group of Securitization Noteholders' Emergency Motion for an Order Appointing a Chapter 11 Trustee* (the "**Motion**") filed contemporaneously herewith and (ii) *The Omnibus Objection by the Ad Hoc Group of Securitization Noteholders to (I) the Debtors' Cash Collateral Motion and (II) the Debtors' Cash Management Motion* (the "**Objection**") filed contemporaneously herewith.[2]

3. Attached hereto as **Exhibit 1** is a true and correct copy of that certain Amended and Restated Base Indenture, dated April 26, 2021 (the "**FBR Securitization Indenture**"), by and

---

[1] A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/FATBrands. The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

[2] Terms capitalized but not defined herein have the meanings ascribed to them in the Motion or the Objection as applicable.

between FAT Brands Royalty I, LLC as issuer and UMB Bank, National Association ("**UMB**"), as trustee (the "**Indenture Trustee**").

4. Attached hereto as **Exhibit 2** is a true and correct copy of that certain Base Indenture, dated December 15, 2021 (the "**FZ Securitization Indenture**"), by and among FAT Brands Fazoli's Native I, LLC and the Indenture Trustee.

5. Attached hereto as **Exhibit 3** is a true and correct copy of that certain Base Indenture, dated July 22, 2021 (the "**GFG Securitization Indenture**"), between FAT Brands GFG Royalty I, LLC, as issuer and the Indenture Trustee.

6. Attached hereto as **Exhibit 4** is a true and correct copy of that certain Base Indenture, dated November 21, 2024 (the "**Twin Securitization Indenture**"), by and among Twin Hospitality I, LLC (f/k/a Fat Brands Twin Peaks I, LLC) and the Indenture Trustee.

7. Attached hereto as **Exhibit 5** is a true and correct copy of that certain Series 2021-1 Supplement to Base Indenture, dated April 26, 2021, by and between FAT Brands Royalty I, LLC and the Indenture Trustee, which supplemented the FBR Securitization Indenture.

8. Attached hereto as **Exhibit 6** is a true and correct copy of that certain Series 2022-1 Supplement to Base Indenture, dated July 6, 2022, by and between FAT Brands Royalty I, LLC and the Indenture Trustee, which supplemented the FBR Securitization Indenture.

9. Attached hereto as **Exhibit 7** is a true and correct copy of that certain Series 2021-1 Supplement to Base Indenture, dated July 22, 2021, by and between FAT Brands GFG Royalty I, LLC and the Indenture Trustee, which supplemented the GFG Securitization Indenture.

10. Attached hereto as **Exhibit 8** is a true and correct copy of that certain Series 2022-1 Supplement to Base Indenture, dated December 15, 2022 by and between FAT Brands GFG Royalty I, LLC and the Indenture Trustee, which supplemented the GFG Securitization Indenture.

11. Attached hereto as **Exhibit 9** is a true and correct copy of that certain Series 2021-1 Supplement to Base Indenture, dated December 15, 2021, by and between FAT Brands Fazoli's Native I, LLC and the Indenture Trustee, which supplemented the FZ Securitization Indenture.

12. Attached hereto as **Exhibit 10** is a true and correct copy of that certain Series 2024-1 Supplement to Base Indenture, dated November 21, 2024, by and between Twin Hospitality I, LLC and the Indenture Trustee, which supplemented the Twin Securitization Indenture.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Fat Brands Inc. Current Report (Form 8-K) filed on January 7, 2026.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Fat Brands Inc. Annual Report (Form 10-K) for the fiscal year of 2024.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Fat Brands Inc. Quarterly Report (Form 10-Q) for the third quarter of 2025.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an article in the Los Angeles Times, *Fired Federal Prosecutor Alleges Ex-Fatburger CEO's 'Smears' Reached White House*, dated May 3, 2025, also available at https://www.latimes.com/california/story/2025-05-03/wiederhorn-justice-department.

17. Attached hereto as **Exhibit 15** is a true and correct copy of that certain Indictment filed in the case of *United States v. Wiederhorn.* No. 2:24-CR-00295-RGK (C.D. Cal.) on May 9, 2024.

18. Attached hereto as **Exhibit 16** is a true and correct copy of that certain Complaint filed in the case of *SEC v. FAT Brands Inc.*, No. 2:24-CV-03913-MCS-AGR (C.D. Cal.), on May 10, 2024.

19. Attached hereto as **Exhibit 17** is a true and correct copy of that Second Amended Class Action Complaint filed in the case of *Kates v. FAT Brands Inc.*, No. 2:24-cv-04775-MWF-MAA (C.D. Cal.), on November 7, 2025.

20. Attached hereto as **Exhibit 18** is a true and correct copy of that certain Shareholder Derivative Complaint filed in the case of *Collura v. FAT Brands Inc.*, No. 2024-1305-NAC (Del. Ch.), on December 23, 2024.

21. Attached hereto as **Exhibit 19** is a true and correct copy of that certain Class Action Complaint filed in the case of *Matthews v. FAT Brands Inc.*, No. 2:22-cv-01820-MCS-RAO (C.D. Cal.), on March 18, 2022.

22. Attached hereto as **Exhibit 20** is a true and correct copy of that certain Verified Stockholder Derivative Complaint filed in the case of *Harris v. Junger*, No. 2021-0511-SG (Del. Ch.), on June 15, 2021.

23. Attached hereto as **Exhibit 21** is a true and correct copy of that certain Verified Stockholder Derivative Complaint filed in the case of *Harris v. Junger*, No. 2022-0254-SG (Del. Ch.), on March 22, 2021.

24. Attached hereto as **Exhibit 22** is a true and correct copy of that certain letter from Brian Pfeiffer to Fat Brands Inc. and Twin Hospitality Group Inc. dated November 18, 2025.

25. Attached hereto as **Exhibit 23** is a true and correct copy of that certain letter from Brian Pfeiffer to Fat Brands Inc. and Twin Hospitality Group Inc. dated December 16, 2025.

26. Attached hereto as **Exhibit 24** is a true and correct copy of that certain transcript of the confirmation hearing ruling from the case *In re ModivCare, Inc.* No. 25-90309 (ARP) (Bankr. S.D. Tex.) on December 12, 2025.

27. Attached hereto as **Exhibit 25** is a true and correct copy of that certain Limited Liability Company Agreement of FAT Brands Royalty I, LLC, dated March 6, 2020.

28. Attached hereto as **Exhibit 26** is a true and correct copy of that certain Limited Liability Company Agreement of FAT Brands Fazoli's Native I, LLC, dated December 15, 2021.

29. Attached hereto as **Exhibit 27** is a true and correct copy of that certain Limited Liability Company Agreement of FAT Brands GFG Royalty I, LLC, dated July 22, 2021.

30. Attached hereto as **Exhibit 28** is a true and correct copy of that certain Amended and Restated Limited Liability Company Agreement of Twin Hospitality I, LLC (f/k/a Fat Brands Twin Peaks I, LLC), dated November 21, 2024.

31. Attached hereto as **Exhibit 29** is a true and correct copy of that certain Management Agreement, dated March 6, 2020, by and among FAT Brands Royalty I, LLC, as issuer and the Indenture Trustee.

32. Attached hereto as **Exhibit 30** is a true and correct copy of that certain Management Agreement, dated December 15, 2021, by and among FAT Brands Fazoli's Native I, LLC, as issuer and the Indenture Trustee.

33. Attached hereto as **Exhibit 31** is a true and correct copy of that certain Management Agreement, dated July 22, 2021 by and among FAT Brands GFG Royalty I, LLC, as issuer and the Indenture Trustee.

34. Attached hereto as **Exhibit 32** is a true and correct copy of that certain Management Agreement, dated November 21, 2024 by and among Twin Hospitality I, LLC (f/k/a Fat Brands Twin Peaks I, LLC), as issuer and the Indenture Trustee.

35. Attached hereto as **Exhibit 33** is a true and correct copy of that certain Guarantee and Collateral Agreement, dated April 26, 2021, by and among those certain guarantors of the

FBR Securitization Indenture (the "**FBR Prepetition Securitization Guarantors**") and the Indenture Trustee.

36. Attached hereto as **Exhibit 34** is a true and correct copy of that certain Guarantee and Collateral Agreement, dated December 15, 2021, by and among those certain guarantors of the FZ Securitization Indenture (the "**FZ Prepetition Securitization Guarantors**") and the Indenture Trustee.

37. Attached hereto as **Exhibit 35** is a true and correct copy of that certain Guarantee and Collateral Agreement, dated July 22, 2021, by and among those certain guarantors of the GFG Securitization Indenture (the "**GFG Prepetition Securitization Guarantors**") and the Indenture Trustee.

38. Attached hereto as **Exhibit 36** is a true and correct copy of that certain Guarantee and Collateral Agreement, dated November 21, 2024, by and among those certain guarantors of the Twin Securitization Indenture (the "**Twin Prepetition Securitization Guarantors**") and the Indenture Trustee.

39. Attached hereto as **Exhibit 37** is a true and correct copy of that certain FAT Brands Inc. Notice of Annual Meeting of Stockholders (FY2024 Proxy Statement (Schedule 14A)), dated December 4, 2024.

40. Attached hereto as **Exhibit 38** is a true and correct copy of that certain FAT Brands Inc., Notice of Annual Meeting of Stockholders (FY2025 Proxy Statement (Schedule 14A)), dated November 13, 2025.

41. Attached hereto as **Exhibit 39** is a true and correct copy of that certain UCC Financing Statement filed with respect to FAT Brands Royalty I, LLC, dated March 9, 2020, along

with true and correct copies of those certain UCC Financing Statements filed with respect to the FBR Prepetition Securitization Guarantors related to the FBR Securitization Indenture.

42. Attached hereto as **Exhibit 40** is a true and correct copy of that certain UCC Financing Statement filed with respect to FAT Brands Fazoli's Native I, LLC, dated December 15, 2021, along with true and correct copies of those certain UCC Financing Statements filed with respect to the FZ Prepetition Securitization Guarantors related to the FZ Securitization Indenture.

43. Attached hereto as **Exhibit 41** is a true and correct copy of that certain UCC Financing Statement filed with respect to FAT Brands GFG Royalty I, LLC, dated July 22, 2021, along with true and correct copies of those certain UCC Financing Statements filed with respect to the GFG Prepetition Securitization Guarantors related to the GFG Securitization Indenture.

44. Attached hereto as **Exhibit 42** is a true and correct copy of that certain UCC Financing Statement filed with respect to Twin Hospitality I, LLC (f/k/a Fat Brands Twin Peaks I, LLC), dated November 21, 2024, along with true and correct copies of those certain UCC Financing Statements filed with respect to the Twin Prepetition Securitization Guarantors related to the Twin Securitization Indenture.

45. Attached hereto as **Exhibit 43** is a true and correct copy of that certain Q4 2024 Quarterly Noteholders' Report of FAT Brands Royalty I, LLC, dated January 21, 2025.

46. Attached hereto as **Exhibit 44** is a true and correct copy of that certain Q4 2024 Quarterly Noteholder' Report of FAT Brands Fazoli's Native I, LLC, dated January 21, 2025.

47. Attached hereto as **Exhibit 45** is a true and correct copy of that certain Q4 2024 Quarterly Noteholder' Report of FAT Brands GFG Royalty I, LLC, dated January 21, 2025.

48. Attached hereto as **Exhibit 46** is a true and correct copy of that certain Q4 2024 Quarterly Noteholder' Report of Twin Hospitality I, LLC (f/k/a Fat Brands Twin Peaks I, LLC), dated January 27, 2025.

49. Attached hereto as **Exhibit 47** is a true and correct copy of those certain Deposit Account Control Agreements related to the Securitization Indentures.

50. Attached hereto as **Exhibit 48** is a true and correct copy of those certain intellectual property notices and recordations related to the Securitization Indentures.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 27, 2026
New York, New York

*/s/ Laura J. Garr*
Laura J. Garr (*pro hac vice* pending)
White & Case LLP

**Certificate of Service**

      I certify that on January 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                    */s/* Charles R. Koster
                                                                    Charles R. Koster