IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| FAT BRANDS INC., *et al.*,[1] | ) )  Case No. 26-90126 (ARP) |
| Debtors. | ) )  (Jointly Administered) ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for 3|5|2 Capital GP LLC, on behalf of 3|5|2 Capital ABS Master Fund LP (together, "352 Capital"), in the above-captioned case, pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and hereby requests that all notice given or required to be given in this case and all papers served or required to be served in this case be served upon 352 Capital by and through:

> Ralph C. Mayrell
> Herbert Smith Freehills Kramer (US) LLP
> 2000 K Street NW
> 4th Floor
> Washington, DC  20006
> Telephone: (202) 775-4528
> Fax: (202) 775-4510
> Email: ralph.mayrell@hsfkramer.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint,

---

[1] A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/FATBrands-TwinHospitality. The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

- 2 -

demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated: January 28, 2026

Respectfully submitted,

/s/ Ralph Mayrell

HERBERT SMITH FREEHILLS
   KRAMER (US) LLP
Ralph C. Mayrell
2000 K Street NW
4th Floor
Washington, DC  20006
Telephone: (202) 775-4528
Fax: (202) 775-4510
Email: ralph.mayrell@hsfkramer.com

*Counsel for 3|5|2 Capital GP LLC, on behalf of 3|5|2 Capital ABS Master Fund LP*

## **CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 28, 2026.

                                                 */s/ Ralph C. Mayrell*
                                                 Ralph C. Mayrell