United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 13, 2026
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 26-90126 (ARP) |
|---|---|---|---|
| Debtor | | In Re: | FAT BRANDS INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Wojciech F. Jung<br>Womble Bond Dickinson (US) LLP<br>888 Seventh Avenue, 38th Floor<br>New York, NY 10106<br>(332) 258-8400, wojciech.jung@wbd-us.com<br>New York Bar No. 4185831 |
|---|---|

| Name of party applicant seeks to appear for: | Castillo Arg. Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/12/2026 | Signed: /s/ Wojciech F. Jung |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/13/2026 | Clerk's signature: /s/ A. House |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: February 13, 2026

Alfredo R Pérez
United States Bankruptcy Judge