**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § § § § § § § | Chapter 11 |
| FAT BRADS INC., *et al.* | | Case No. 26-90126 (ARP) |
| | | (Jointly Administered) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of Womble Bond Dickinson (US) LLP hereby appears on behalf of Castillo Arg. Inc. ("Castillo") and, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby request that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

**Womble Bond Dickinson (US) LLP**
Attn: Wojciech F. Jung, Esq.
888 Seventh Avenue, 38th Floor
New York, New York 10106
Telephone: (332) 258-8400
Wojciech.Jung@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Castillo, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 13, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Wojciech F. Jung*
Wojciech F. Jung
888 Seventh Avenue, 38th Floor
New York, New York 10106
Telephone: (332) 258-8400
Wojciech.Jung@wbd-us.com

*Counsel for Castillo Arg. Inc.*