**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FAT Brands Inc., *et al.*, | ) | Case No. 26-90126 (ARP) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ASHLEY RONA CHASE IN**
**SUPPORT OF THE AD HOC GROUP OF SECURITIZATION NOTEHOLDERS'**
**EMERGENCY MOTION TO COMPEL FROM THE DEBTORS (I) THE PRODUCTION**
**OF ELECTRONIC DISCOVERY; AND (II) THE NOTICED DEPOSITIONS**

I, Ashley Rona Chase, declare under penalty of perjury as follows:

1.      I am an associate at the law firm of White & Case LLP ("**White & Case**"). White & Case is legal counsel for the Ad Hoc Group of Securitization Noteholders (the "**Ad Hoc Group**").

2.      I submit this declaration in support of *The Ad Hoc Group Of Securitization Noteholders' Emergency Motion To Compel From the Debtors (I) the Production of Electronic Discovery; and (II) The Noticed Depositions* (the "**Motion**") filed contemporaneously herewith.[2]

3.      On January 30, 2026, the Ad Hoc Group served the *Ad Hoc Group of Securitizations Noteholders' First Requests for the Production of Documents to the Debtors* (the "**AHG's Document Requests**"). A true and correct copy of the AHG's Document Requests is attached hereto as **Exhibit A**.

---

[1]      A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/FATBrands. The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

[2]      Terms capitalized but not defined herein have the meanings ascribed to them in the Motion.

4.     On February 5, 2026, the Ad Hoc Group served one document request (the "**Suspension Motion Document Request**") on the Debtors related to *The Ad Hoc Group of Securitization Noteholders' Emergency Motion for an Order (I) Temporarily Suspending Andrew Widerhorn as Chief Executive Officer, (II) Vesting Authority in the Debtors' Special Committee, and (III) Granting Related Relief* [Docket No. 182] (the "**Suspension Motion**").  A true and correct copy of the Suspension Motion Document Requests is attached hereto as **Exhibit B**.

5.     On February 11, 2026, I emailed Debtors' counsel requesting to meet and confer regarding the Ad Hoc Group's January 30, 2026 Document Requests.  A true and correct copy of the email chain between counsel for the Ad Hoc Group and Debtors' counsel is attached hereto as **Exhibit C**.

6.     Between February 11, 2026 and February 25, 2026, counsel to the Ad Hoc Group and counsel to the Debtors corresponded over email regarding discovery. A true and correct copy of the email chain between counsel for the Ad Hoc Group and Debtors' counsel is attached hereto as **Exhibit D**.

7.     On February 12, 2026, the Debtors served the *Debtors' First Requests for the Production of Documents to the Debtors* [sic] (the "**Debtors' Document Requests**").  A true and correct copy of the Debtors' Document Requests is attached hereto as **Exhibit E**.

8.     Also on February 12, 2026, the Debtors served the *Debtors' Responses and Objections to the Ad Hoc Group of Securitizations Noteholders' First Requests for the Production of Documents to the Debtors* (the "**Debtors' Responses and Objections**").  A true and correct copy of the Debtors' Responses and Objections is attached hereto as **Exhibit F**.

9.     On February 19, 2026, the Ad Hoc Group served a Rule 30(b)(6) deposition notice to the Debtors, as well as individual deposition notices to John DiDonato, Neal Goldman, and

Andrew Wiederhorn.  A true and correct copy of the email serving the deposition notices is attached hereto as **Exhibit G**.

10.     On February 20, 2026, *The Ad Hoc Group served the Ad Hoc Group of Securitization Noteholders' Responses and Objections to the Debtors' First Request for the Production of Documents* (the "**AHG's Responses and Objections**").  A true and correct copy of the AHG's Responses and Objections is attached hereto as **Exhibit H**.

11.     On February 20, 2026, the Debtors served a Rule 30(b)(6) deposition notice to the Ad Hoc Group.  A true and correct copy of the Debtors' Deposition Notice to the Ad Hoc Group is attached hereto as **Exhibit I**.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 25, 2026
      New York, New York

                                            */s/ Ashley Rona Chase*
                                            Ashley Rona Chase (admitted *pro hac vice*)
                                            White & Case LLP

**<u>Certificate of Service</u>**

I certify that on February 25, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*        
Charles R. Koster
