# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FAT BRANDS INC., *et al.*, | Case No. 26-90126 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST

The debtors-in-possession in the above-captioned cases (collectively, the "***Debtors***") hereby file this Witness and Exhibit List for the hearing to be held on **March 2, 2026, at 3:00 p.m.** (**prevailing Central Time**) (the "***Hearing***").

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. John C. DiDonato, Chief Restructuring Officer of the Debtors, and Managing Director and Business Advisory Capability Leader of Huron Consulting Services LLC;

2. Any witness called or listed by any other party; and

3. Rebuttal witnesses as necessary.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits at the Hearing:

---

[1] A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at http://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration of John C. DiDonato in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 15] | | | | |
| 2. | Declaration of John C. DiDonato in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection for the Use of Cash Collateral, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 19] | | | | |
| 3. | Affidavit of Service [Docket No. 68] | | | | |
| 4. | Affidavit of Service [Docket No. 171] | | | | |
| 5. | Affidavit of Supplemental Service [Docket No. 184] | | | | |
| 6. | First Updated Budget [Docket No. 285, Ex. A] | | | | |
| 7. | Adequate Protection Lien and Claim Priorities [Docket No. 285, Ex. B] | | | | |
| 8. | Affidavit of Service [Docket No. 296] | | | | |
| 9. | Current Budget *(to come)* | | | | |
| | Any documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit listed or introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

The Debtors reserve their right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: February 26, 2026  
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
-----

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
ashleyharper@hunton.com
pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
natasha.hwangpo@lw.com
randall.weber-levine@lw.com
ashley.pezzi@lw.com
thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: ted.dillman@lw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

3

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
