IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
FAT BRANDS INC., et al.,                                :   Case No. 26-90126 (ARP)
                                                        :
                 Debtors.¹                              :   (Jointly Administered)
                                                        :
------------------------------------------------------  x
```

**AGENDA OF DEBTORS FOR
MATTERS SET FOR HEARING ON MARCH 2, 2026**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby file this Agenda of matters set for hearing on **March 2, 2026, at 3:00 p.m.** (**prevailing Central Time**) (the "***Hearing***").

**A. Matters Set for Hearing**

1. ***Cash Collateral Motion***. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 18]

   **Status:** This matter has been resolved by the Court's entry of the Third Interim Cash Collateral Order at Docket No. 326.

   **Responses:**

   a. ***GGP Landlords' Limited Objection***. Limited Objection of GGP Retail LLC Landlords to Entry of Final Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral, Etc. and Request for Adequate Protection [Docket No. 230]

---

[1]  A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at http://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

- **Status:** This objection has been resolved with respect to entry of the Third Interim Cash Collateral Order. The GGP Landlords reserve all rights with respect to final relief.

b. ***Sublandlords' Limited Objection***. Limited Objection of GMRI, Inc., GMR Restaurants of Pennsylvania, Inc., and Darden Concepts, Inc. to Final Order Approving <u>Emergency</u> Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cahs Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief; and Joinder to Limited Objection of GGP Retail LLC Landlords to Entry of Final Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral, Etc. and Request for Adequate Protection [Docket No. 234]

- **Status:** This objection has been resolved with respect to entry of the Third Interim Cash Collateral Order. The Sublandlords reserve all rights with respect to final relief.

c. ***CNL Landlords' Amended Limited Objection***.[2] Amended Limited Objection of CNL APF Partners, LP, Palm Desert Pacific Owner, LLC, Plaza West Covina LP, Realty Income Corporation, South Town Development, LLC, Spirit Master Funding IV, LLC, Spirit Master Funding VII, LLC, and the Macerich Company to the Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 237]

- **Status:** This objection has been resolved with respect to entry of the Third Interim Cash Collateral Order. The CNL Landlords reserve all rights with respect to final relief.

2. ***Debtors' Emergency Motion to Compel***. Debtors' Emergency Motion to Compel Documents and Deposition Testimony from the Ad Hoc Group of Securitization Noteholders [Docket No. 315]

**Status:** This matter is going forward on a contested basis.

**Responses:**

a. ***WBS Ad Hoc Group's Opposition***. The Ad Hoc Group of Securitization Noteholders' Objection to the Debtors' Emergency Motion to Compel Documents and Deposition Testimony [Docket No. 330]

---

[2]   The original objection was filed at Docket No. 235.

3. ***WBS AHG's Emergency Motion to Compel***. The Ad Hoc Group of Securitization Noteholders' Emergency Motion to Compel from the Debtors (I) the Production of Electronic Discovery; and (II) the Noticed Depositions [Docket No. 304]

    **Status:**   This matter is going forward on a contested basis.

    **Responses:**

    a. ***Debtors' Opposition***. Debtors' Opposition to the Ad Hoc Group of Securitization Noteholders' Emergency Motion to Compel from the Debtors (I) the Production of Electronic Discovery; and (II) the Noticed Depositions [Docket No. 332]

**B. Related Documents**

1. ***First Day Declaration***. Declaration of John C. DiDonato in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 15]

2. ***Cash Collateral Declaration***. Declaration of John C. DiDonato in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection for the Use of Cash Collateral, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 19]

3. ***Affidavit of Service (First-Day Motions)***. Affidavit of Service [Docket No. 68]

4. ***Interim Cash Collateral Order***. Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 103]

5. ***Affidavit of Service (First-Day Orders)***. Affidavit of Service [Docket No. 171]

6. ***Affidavit of Supplemental Service (First-Day Motions)***. Affidavit of Supplemental service [Docket No. 184]

7. ***Second Interim Cash Collateral Order***. Second Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 285]

8. ***Affidavit of Service (Second Interim Cash Collateral Order)***. Affidavit of Service [Docket No. 296]

9. ***Chase Declaration***. Declaration of Ashley Rona Chase in Support of the Ad Hoc Group of Securitization Noteholders' Emergency Motion to Compel from the Debtors (I) the Production of Electronic Discovery; and (II) the Noticed Depositions [Docket No. 307]

10. ***WBS AHG Witness and Exhibit List***. [Docket No. 308]

11. ***Debtors' Witness and Exhibit List***.  [Docket No. 311]

12. ***Committee's Witness and Exhibit List***.  [Docket No. 312]

13. ***Notice of Hearing Re Debtors' Motion to Compel***.  Notice of Hearing to Be Held on March 2, 2026, at 3:00 p.m. (prevailing Central Time) [Docket No. 316]

14. ***WBS AHG Amended Witness and Exhibit List***.  [Docket No. 317]

15. ***Debtors' Amended Witness and Exhibit List***.  [Docket No. 321]

16. ***Certificate of Counsel (Agreed Proposed Third Interim Cash Collateral Order)***.  Certificate of Counsel Regarding Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 325]

17. ***Third Interim Cash Collateral Order***.  Third Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection for the Use of Cash Collateral; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 326]

[*Remainder of page intentionally left blank.*]

Dated: March 2, 2026
      Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
      natasha.hwangpo@lw.com
      randall.weber-levine@lw.com
      ashley.pezzi@lw.com
      thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: ted.dillman@lw.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

      I certify that on March 2, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                        */s/ Timothy A. ("Tad") Davidson II*
                                        Timothy A. ("Tad") Davidson II