**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FAT BRANDS INC., *et al.*, | ) | Case No. 26-90126 (ARP) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THE AD HOC GROUP OF SECURITIZATION NOTEHOLDERS'
NOTICE OF WITHDRAWAL OF MOTIONS WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that the Ad Hoc Group of Securitization Noteholders (the "**Ad Hoc Group**") hereby withdraws (i) *The Ad Hoc Group of Securitization Noteholders' Motion for an Order Appointing a Chapter 11 Trustee for the Securitization Debtors* [Docket No. 63] and (ii) *The Ad Hoc Group of Securitization Noteholders' Emergency Motion for an Order (I) Temporarily Suspending Andrew Widerhorn as Chief Executive Officer, (II) Vesting Authority in the Debtors' Special Committee, and (III) Granting Related Relief* [Docket No. 182], without prejudice.

*[Remainder of page intentionally left blank]*

---

[1] A complete list of the Debtors in the chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing Debtors at https://omniDebtorssolutions.com/FATBrands.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

Dated: March 20, 2026
        Houston, Texas

*/s/ Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Email: charles.koster@whitecase.com


- and -



**WHITE & CASE LLP**
Andrew Zatz (admitted *pro hac vice*)
Laura J. Garr (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
        lgarr@whitecase.com
        ashley.chase@whitecase.com

**WHITE & CASE LLP**
Brian Pfeiffer (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: brian.pfeiffer@whitecase.com
        aparracriste@whitecase.com


- and -


**WHITE & CASE LLP**
Jason N. Zakia (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
        adam.swingle@whitecase.com

2

3

**<u>Certificate of Service</u>**

I certify that on March 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>/s/       *Charles R. Koster*   </u>
Charles R. Koster

3