**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x
                                        :

In re:                            :    Chapter 11
                                          :

FAT BRANDS INC., *et al.*,        :    Case No. 26-90126 (ARP)
                                          :

           Debtors.[1]          :    (Jointly Administered)
                                          :
---------------------------------------------------------- x

**STIPULATION EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, STATEMENTS OF FINANCIAL AFFAIRS, AND 2015.3 REPORTS**
**[Relates to Docket No. 98]**

This stipulation (this "***Stipulation***") is entered into by the above-captioned debtors (the "***Debtors***") and Kevin M. Epstein, the United States Trustee for Region 7 (the "***United States Trustee***," and together with the Debtors, the "***Parties***") pursuant to the *Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial affairs, and 2015.3 Reports; (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3; and (III) Granting Related Relief* [Docket No. 98] (the "***Schedules Extension Order***")[2] to further extend the time by which the Debtors must file the Schedules and Statements and 2015.3 Reports, in each case, through and including March 26, 2026.

**WHEREAS**, on January 26, 2026 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of Texas

---

[1]    A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

[2]    Capitalized terms used but not defined herein have the meanings given to them in the Schedules Extension Order.

(the "*Court*")   commencing   cases   under   chapter   11   of   the   Bankruptcy   Code (the "*Chapter 11 Cases*");

**WHEREAS**, on January 28, 2026, the Court entered the Schedules Extension Order extending the time within which the debtors must file the Schedules and Statements and 2015.3 Reports, in each case, though and including March 26, 2026 (the "*Schedules Deadline*");

**WHEREAS**, since the filing of the Chapter 11 Cases, the Debtors and their advisors have been working diligently to prepare the Schedules and Statements and 2015.3 Reports.  The Debtors anticipated from the outset of the Chapter 11 Cases that they would need additional time to compile all the information necessary to complete the Schedules and Statements and 2015.3 Reports from all 182 Debtors and their operations.  As a result, the Debtors requested and received the extension of the Schedules Deadline in the Schedules Extension Order.  However, the collection of the information necessary to fully complete the Schedules and Statements and 2015.3 Reports has taken longer than anticipated due to the complexity of the Debtors' business operations and the competing demands associated with, among other things, operating the business and administering the Chapter 11 Cases, including the mediation process.  As a result, the Debtors and their advisors do not expect they will have sufficient time to properly prepare the Schedules and Statements and 2015.3 Reports by the Schedules Deadline;

**WHEREAS**, in light of the foregoing, the Debtors need an extension of the Schedules Deadline to ensure that the Schedules and Statements and 2015.3 Reports are accurate and complete;

**WHEREAS**, under the Schedules Extension Order, the Schedules Deadline may be extended by stipulation between the Parties; and

**WHEREAS**, the Parties have agreed to extend the Schedules Deadline through and including April 20, 2026.

**IT IS THEREFOR STIPULATED AND AGREED THAT:**

1.      The time within which the Debtors must file the Schedules and Statements and 2015.3 Reports is extended through and including April 20, 2026.

2.      This Stipulation is without prejudice to the Debtors' ability to request additional extensions from the Court for cause shown or, alternatively, to obtain further extensions upon entering into a further stipulation with the United States Trustee and filing such stipulation on the Court's docket without the need for further Court order.

Dated:  March 24, 2026
**STIPULATED AND AGREED TO BY:**

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:   taddavidson@hunton.com
         ashleyharper@hunton.com
         pguffy@hunton.com

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Email:   ray.schrock@lw.com
         natasha.hwangpo@lw.com
         randall.weber-levine@lw.com
         ashley.pezzi@lw.com
         thomas.fafara@lw.com

- and -

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
Email:   ted.dillman@lw.com

*Co-Counsel for the Debtors  and Debtors in Possession*

- and -

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ Jason B. Ruff*
    Jason B. Ruff
    Trial Attorney
    Michigan Bar No. P69893
    Office of the United States Trustee
    515 Rusk Street, Suite 3516
    Houston, TX 77002
    Telephone:  (202) 573-6960
    jayson.b.ruff@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II