**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
FAT BRANDS INC., *et al.*,                                 :   Case No. 26-90126 (ARP)
                                                           :
                              Debtors.[1]                  :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**CERTIFICATE OF COUNSEL**
**REGARDING MOTION OF DEBTORS FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING AND APPROVING**
**PROCEDURES TO CLOSE RESTAURANTS AND REJECT EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES; AND (II) GRANTING RELATED RELIEF**
**[Relates to Docket No. 408]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas

(the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1.      On March 4, 2026, the above-captioned debtors in possession (collectively, the

"***Debtors***") filed the *Motion of Debtors for Entry of an Order (I) Authorizing and Approving*

*Procedures to Close Restaurants and Reject Executory Contracts and Unexpired Leases; and (II)*

*Granting Related Relief* [Docket No. 408] (the "***Motion***").

2.      The deadline for parties-in-interest to object to the Motion was March 31, 2026

(the "***Objection Deadline***"), which was extended to April 1, 2026, at 12:00 p.m. for certain parties.

---

[1]    A complete list of the Debtors in these chapter 11 cases  (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/FATBrands.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

3.      A limited objection to the Motion was filed by Reliant Distribution Ltd. [Docket No. 530] (the "***Reliant Objection***").  In addition, the Debtors received informal comments from certain landlords and other parties in advance of the Objection Deadline.

4.      The Debtors attach hereto (a) a revised proposed order incorporating revisions (the "***Revised Proposed Order***") and (b) a redline of such revisions.  The revisions resolve the Reliant Objection and all comments.

5.      In accordance with paragraph 45 of the Complex Case Procedures, the undersigned represents to the Court that all known objections to the Motion have been resolved by the Revised Proposed Order attached hereto.

6.      Accordingly, the Debtors respectfully request that the Court enter the proposed order attached hereto.

Dated:  April 1, 2026
        Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Email:  ray.schrock@lw.com
       natasha.hwangpo@lw.com
       randall.weber-levine@lw.com
       ashley.pezzi@lw.com
       thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
Email:  ted.dillman@lw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

3

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

4