**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---

\------------------------------------------------------------ x

In re:

FAT BRANDS INC., *et al.*,

Debtors.[1]

\------------------------------------------------------------ x

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 26-90126 (ARP)

(Jointly Administered)

---

**CERTIFICATE OF NO OBJECTION REGARDING <u>EMERGENCY</u> MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND OBTAIN SECURED POSTPETITION FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE CLAIMS; (III) PROVIDING ADEQUATE PROTECTION; (IV) SCHEDULING A <u>FINAL HEARING; AND (V) GRANTING RELATED RELIEF</u>**
**[Relates to Docket Nos. 454, 473]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1.     On March 18, 2026, the above-captioned debtors in possession (collectively, the "***Debtors***") filed the <u>*Emergency*</u> *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 454] (the "***Motion***").

2.     On March 19, 2026, the Court entered the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and*

---

[1]     A complete list of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/FATBrands.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

*Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 473] (the "***Interim Order***").[2]

3.     Pursuant to the Interim Order, the deadline for parties-in-interest to object to entry of a final order granting the relief sought in the Motion on a final basis was April 3, 2026, at 5:00 p.m. (prevailing Central Time) (the "***Objection Deadline***").

4.     The Objection Deadline passed and, in accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that counsel has reviewed the Court's docket and no objections or other responses to the Motion have been filed on the Court's docket, and the Debtors are unaware of any other objection to the Motion.

5.     The Debtors have, however, in consultation with the Committee and the FBG DIP Secured Parties, agreed, in lieu of seeking entry of a final order granting the relief sought in the Motion, to, instead, seek entry of a second interim order granting the relief sought in the Motion on an interim basis.   Accordingly, attached hereto is a proposed second interim order (the "***Proposed Second Interim Order***") and a redline comparing the Proposed Second Interim Order to the Interim Order.

6.     As set forth in the Proposed Second Interim Order, (i) the hearing at which the Debtors will seek entry of a final order granting the relief sought in the Motion will be held, subject to the Court's availability, on May 1, 2026, at a time to be announced (the same date on which the Debtors seek to have a Sale Hearing)[3] or such other date and time as the Sale Hearing is conducted;

---

[2]     Capitalized terms used, but not defined herein, have the meaning assigned in the Interim Order.

[3]     This is the same date the Debtors have sought to fix as the "Sale Hearing" (as such term is defined in that certain *Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Establishing Procedures for Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Scheduling Dates for an Auction and a Hearing to Consider Approval of Any Resulting Sale (D) Approving Form and Manner of Notices Related Thereto, and (E) Granting Related Relief; and (II) (A) Approving and Authorizing Sale of Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory*

and (ii) the Committee's deadline to object to entry of a final order granting the relief sought in the Motion is extended through April 24, 2026, at 4:00 p.m. (prevailing Central Time)[4] or such other date and time as the Sale Objection Deadline may be established.

7.     Accordingly, the Debtors respectfully request that the Court enter the proposed order attached hereto.

*[Remainder of page intentionally left blank.]*

---

*Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 420] (the "**Bidding Procedures Motion**").

[4]   This is the same date the Debtors have sought to fix as the "Sale Objection Deadline" (as such term is defined in the Bidding Procedures Motion).

Dated:  April 6, 2026
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Email:  ray.schrock@lw.com
       natasha.hwangpo@lw.com
       randall.weber-levine@lw.com
       ashley.pezzi@lw.com
       thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
Email:   ted.dillman@lw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4

## CERTIFICATE OF SERVICE

I certify that on April 6, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II