**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x

In re:

FAT BRANDS INC., *et al.*,

                Debtors.[1]

---------------------------------------------------------- x

:
:
:
:
:
:
:
:

Chapter 11

Case No. 26-90126 (ARP)

(Jointly Administered)

**NOTICE OF FILING OF: (I) AMENDED PETITIONS FOR CERTAIN DEBTORS; AND
(II) AMENDED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY
SECURITY HOLDERS FOR DEBTOR BARBEQUE INTEGRATED, INC.**

On January 26, 2026 (the "***Petition Date***"), FAT Brands Inc. and its affiliated debtors and debtors-in-possession (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") commencing these chapter 11 cases (the "***Chapter 11 Cases***").

On April 7, 2026, the Debtors filed amended voluntary petitions for Debtors Twin Restaurant IP, LLC, Twin Restaurant Sarasota RE, LLC, and Twin Restaurant Western Center Beverage Holding, LLC to correct the EINs for such Debtors as reflected in the chart below:

| Debtor | Case No. | EIN Listed on Original Voluntary Petition | Corrected EIN |
|---|---|---|---|
| Twin Restaurant IP, LLC | 26-90208 (ARP) | 52-2328968 | 41-4585428 |
| Twin Restaurant Sarasota RE, LLC | 26-90159 (ARP) | 88-3459284 | 88-3459204 |
| Twin Restaurant Western Center Beverage Holding, LLC | 26-90226 (ARP) | 46-1912898 | 46-1912858 |

---

[1]  A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

On April 7, 2026, the Debtors also filed an amended corporate ownership statement and list of equity security holders for Debtor Barbeque Integrated, Inc., reflecting that one-hundred percent (100%) of Debtor Barbeque Integrated, Inc.'s equity interests are owned by Twin Hospitality I, LLC as opposed to Twin Restaurant Holding, LLC which was previously identified as the owner of all one-hundred percent (100%) of Debtor Barbeque Integrated, Inc.'s equity interests on its original corporate ownership statement and list of equity security holders.

All documents filed in the Chapter 11 Cases, including the Motion, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims, balloting, and noticing agent, Omni Agent Solutions, Inc., in connection with the Chapter 11 Cases: https://omniagentsolutions.com/FATBrands-TwinHospitality.  Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

Dated:   April 7, 2026     Respectfully submitted,
        Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email: taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Email: ray.schrock@lw.com
      natasha.hwangpo@lw.com
      randall.weber-levine@lw.com
      ashley.pezzi@lw.com
      thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
Email: ted.dillman@lw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

3

## CERTIFICATE OF SERVICE

I certify that on April 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ *Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II