**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

--------------------------------------------------------- x
                                                   :

In re:                                          :      Chapter 11

                                            :

FAT BRANDS INC., *et al.*,                :      Case No. 26-90126 (ARP)

                                            :

            Debtors.[1]                    :      (Jointly Administered)

                                            :

--------------------------------------------------------- x

**AGENDA OF DEBTORS FOR
MATTERS SET FOR HEARING ON APRIL 8, 2026**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby file this Agenda of matters set for hearing on **April 8, 2026, at 3:00 p.m.** (**prevailing Central Time)** (the "***Hearing***").

**A. Matters Set for Hearing**

1. ***DIP Motion***. Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 454].

   **Status:**      This matter has been resolved by the Court's entry of the Second Interim DIP Order at Docket No. 564.

2. ***Additional Debtor Joint Admin Motion***. Emergency Motion of Debtors for Entry of an Order (I) Directing (A) Joint Administration of the Additional Debtor's Chapter 11 Case and (B) Previously Entered Orders in the Initial Debtors' Chapter 11 Cases Be Made Applicable to the Additional Debtor; and (II) Granting Related Relief [Docket No. 565].

---

[1]    A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at http://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

**Status:**      This matter is going forward. The Debtors will seek entry of the proposed order at Docket No. 565-2.

3.   **KERP Motion**. Emergency Motion of Debtors for Entry of an Order (I) Authorizing and Approving Limited Key Employee Retention Plan for Non-Insider Employees and (II) Granting Related Relief [Docket No. 550].

**Status:**      This matter is going forward. The Debtors will seek entry of the proposed order at Docket No. 550-2.

## B. Related Documents

1.   **First Day Declaration**. Declaration of John C. DiDonato in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 15]

2.   **DiDonato DIP Declaration**.  Declaration of John C. DiDonato in Support of Debtors' Motion to Obtain Debtor-in-Possession Financing [Docket No. 455]

3.   **Raithel DIP Declaration**.  Declaration of Jeff Raithel in Support of Debtors' Motion to Obtain Debtor-in-Possession Financing [Docket No. 456]

4.   **Lien And Administrative Claim Priorities**.  [Docket No. 473, Annex 1]

5.   **DIP Credit Agreement**.  [Docket No. 473, Ex. A]

6.   **Initial Approved Budget**.  [Docket No. 473, Ex. B]

7.   **Stipulated Allocation**.  [Docket No. 473, Ex. C]

8.   **Affidavit of Service (Interim DIP Order)**.  Affidavit of Service [Docket No. 500]

9.   **Notice of Entry of Interim DIP Order**.  Notice of Entry of Interim DIP Order and Final hearing to Be Held on April 8, 2026, at 3:00 p.m. [Docket No. 503]

10.  **Affidavit of Service (Notice of Entry of Interim DIP Order)**.  Affidavit of Service [Docket No. 517]

11.  **Notice of Intent to Adduce Remote Testimony**.  Notice of Intent to Adduce Testimony From a Remote Location by Telephone and Video Technology [Docket No. 533]

12.  **KERP Declaration**.  Declaration of John C. DiDonato Chief Restructuring Officer, in Support of the Emergency Motion of Debtors for Entry of an Order (I) Authorizing and Approving Limited Key Employee Retention Plan for Non-Insider Employees and (II) Granting Related Relief [Docket No. 551]

13.  **Debtors' Witness and Exhibit List**.  [Docket No. 556]

14.  **Committee's Witness and Exhibit List**.  [Docket No. 561]

15.  ***Certificate of No Objection***.   Certificate of No Objection Regarding Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 562]

16.  ***Proposed Second Interim DIP Order***.   Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 562-1]

17.  ***Second Interim DIP Order***.  Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral and Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Claims; (III) Providing Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 564]

18.  ***Notice of Hearing***.  Notice of Hearing to Be Held on April 8, 2026, at 3:00 p.m. (prevailing Central Time) [Docket 566]

19.  ***Debtors' Amended Witness and Exhibit List***.  [Docket No. 568]

*[Remainder of page intentionally left blank.]*

Dated:  April 7, 2026       Respectfully submitted,
       Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

– and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Natasha Hwangpo (NY Bar No. 5222575)
Randall Carl Weber-Levine (NY Bar No. 5673330)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Thomas Fafara (NY Bar No. 6013445)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Email:  ray.schrock@lw.com
       natasha.hwangpo@lw.com
       randall.weber-levine@lw.com
       ashley.pezzi@lw.com
       thomas.fafara@lw.com

– and –

Ted A. Dillman (CA Bar No. 258499)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
Email:  ted.dillman@lw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
