**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
FAT BRANDS INC., et al.,                                      :   Case No. 26-90126 (ARP)
                                                              :
                    Debtors.¹                                 :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x
```

**AGENDA OF DEBTORS FOR
MATTERS SET FOR HEARING ON JUNE 1, 2026**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby file this Agenda of matters set for hearing on **June 1, 2026, at 1:00 p.m.** (**prevailing Central Time**) (the "***Hearing***").

**A.  Matters Set for Hearing**

1. ***Solicitation Procedures Motion***. Emergency Motion of Debtors for Entry of Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Combined Hearing; (III) Establishing Voting Record Date, Voting Deadline, and Other Dates; (IV) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections; (V) Approving Form and Manner of Notice and Other Documents; and (VI) Granting Related Relief [Docket No. 1406]

   **Status**:        This matter is going forward.  The Debtors will seek entry of the revised proposed order at Docket No. 1426.

**B.  Related Documents**

1. ***Plan***. Joint Plan of Liquidation of FAT Brands Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 1404]

---

[1]   A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at http://omniagentsolutions.com/FATBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

2. ***Disclosure Statement***.  Disclosure Statement for Joint Plan of Liquidation of FAT Brands Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 1405]

3. ***Debtors' Witness and Exhibit List***.  [Docket No. 1417]

4. ***DiDonato Declaration***.  Declaration of John C. DiDonato in Support of Debtors' Emergency Motion of Debtors for Entry of Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Combined Hearing; (III) Establishing Voting Record Date, Voting Deadline, and Other Dates; (IV) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections; (V) Approving Form and Manner of Notice and Other Documents; and (VI) Granting Related Relief [Docket No. 1417-4]

5. ***Revised Plan***.  Joint Plan of Liquidation of FAT Brands Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 1423]

6. ***Revised Disclosure Statement***.  Disclosure Statement for Joint Plan of Liquidation of FAT Brands Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 1424]

7. ***Notice of Filing of Redlines of Plan and Disclosure Statement***.  [Docket No. 1425]

8. ***Revised Proposed Solicitation Procedures Order***.  Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Combined Hearing to Consider (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Plan; (III) Establishing Voting Record Date, Voting Deadline, and Other Dates; (IV) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections; (V) Approving Form and Manner of Notice and Other Documents; and (VI) Granting Related Relief [Docket No. 1426]

[*Remainder of page intentionally left blank.*]

Dated:  June 1, 2026    Respectfully submitted,
   Houston, Texas

           */s/ Timothy A. ("Tad") Davidson II*

           **HUNTON ANDREWS KURTH LLP**
           Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
           Ashley L. Harper (TX Bar No. 24065272)
           Philip M. Guffy (TX Bar No. 24113705)
           600 Travis Street, Suite 4200
           Houston, TX 77002
           Telephone:  (713) 220-4200
           Email:  taddavidson@hunton.com
             ashleyharper@hunton.com
             pguffy@hunton.com

           – and –

           **LATHAM & WATKINS LLP**
           Ray C. Schrock (NY Bar No. 4860631)
           Natasha Hwangpo (NY Bar No. 5222575)
           Randall Carl Weber-Levine (NY Bar No. 5673330)
           Ashley Gherlone Pezzi (NY Bar No. 5754213)
           Thomas Fafara (NY Bar No. 6013445)
           1271 Avenue of the Americas
           New York, New York 10020
           Telephone:  (212) 906-1200
           Email:  ray.schrock@lw.com
             natasha.hwangpo@lw.com
             randall.weber-levine@lw.com
             ashley.pezzi@lw.com
             thomas.fafara@lw.com

           – and –

           Ted A. Dillman (CA Bar No. 258499)
           10250 Constellation Blvd., Suite 1100
           Los Angeles, CA 90067
           Telephone:  (424) 653-5500
           Email:  ted.dillman@lw.com

           *Co-Counsel for the Debtors*
           *and Debtors in Possession*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II