**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FAT BRANDS INC, *et al.*, | Case No. 26-90126 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, a true copy of the (i) *Application of Blueline Telecom Group, LLC for Allowance and Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2),* filed on August 27, 2026 (Doc. 1706), and (ii) *Blueline Telecom Group, LLC's Proof of Administrative Claim Form,* filed on August 28, 2026 (Doc. 1710) have been served via Federal Express Priority delivery to the Wind-Down Debtors, Attn: FAT Brands Liquidation Trust, c/o M3 Advisory Partners, 1700 Broadway, Floor 19, New York, NY 10019; and Mohsin Y. Meghji, as Liquidation Trustee, 1700 Broadway, 19th Floor, New York, 10019.

Dated: August 28, 2026.

Respectfully submitted,

*/s/ Michael C. Caborn*
Michael C. Caborn
Florida Bar No. 162477
mcaborn@whww.com
dthompson@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Ave North, Second Floor
Post Office Box 880
Winter Park, FL 32790-0880
Telephone: (407) 423-4246
Facsimile: (407) 645-3728
*Attorney for Blueline Telecom Group, LLC*

[1] A complete list of the Wind-Down Debtors in the Chapter 11 Cases and the last four digits of each Wind-Down Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Wind-Down Debtors' claims and noticing agent at https://omniagentsolutions.com/FATBrands-TwinHospitality. Pursuant to Notice of Change of Wind-Down Debtors' Mailing Address (Docket No. 1695), the Wind-Down Debtors' mailing address for purposes of the Chapter 11 Cases is FAT Brands Liquidation Trust, c/o M3 Advisory Partners, 1700 Broadway, Floor 19, New York, NY 10019.